FILED
2009 MAR 17 PM 4:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____
AF

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff, )<br>            )<br>    v.      )<br>            )<br>MARIO AZAR, )<br>            )<br>         Defendant. )<br>_____) | CR No. 09-**CR 09 00240**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1030(a)(5)(A)(i),<br>(B)(i): Unauthorized<br>Impairment Of A Protected<br>Computer] |

The Grand Jury charges:

[18 U.S.C. § 1030(a)(5)(A)(i), (B)(i)]

Introductory Allegations

At all times relevant to this Indictment:

1.   Pacific Energy Resources, Ltd. ("PER") was a company headquartered in Long Beach, California, engaged in the acquisition, exploitation, and development of oil and gas properties.

2.   PER also had offices in Anchorage, Alaska.

3.   PER operated off-shore oil platforms.

///

WLH:wlh

4.   PER maintained a computer system that PER used to communicate between the offices and oil platforms operated by PER.  This computer system also performed a leak detection function for PER.

5.   Defendant MARIO AZAR ("defendant AZAR") resided in Upland, California.

6.   Defendant AZAR was a former information technology consultant for PER.

7.   Defendant AZAR had set up parts of the PER computer system.

8.   Defendant AZAR had set up multiple user accounts on the PER computer system.

9.   Defendant AZAR had previously requested that PER offer him a permanent position with the company.

10.  PER had previously declined to offer defendant Azar a permanent position.

11.  Defendant AZAR received his final paycheck from PER on or about May 8, 2008.

<u>Unauthorized Impairment</u>

12.  Beginning on or about May 8, 2008, and continuing to on or about June 29, 2008, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant AZAR, knowingly caused the transmission of programs, information, codes, and commands, and as a result of such conduct, intentionally and without authorization caused damage by impairing the integrity and availability of data, a program, a system, and information on a computer system that was used in interstate and foreign commerce and communications,

specifically the PER computer system described above, thereby causing loss to PER aggregating at least $5,000 in value during a one-year period beginning on or about May 8, 2008.

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section