```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    WESLEY L. HSU (Cal. State Bar No. 188015)
 4  Assistant United States Attorney
    Chief, Cyber and Intellectual Property Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-3045
 7       Facsimile:  (213) 894-8601
         e-mail:     wesley.hsu@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09 **CR 09 00240** |
|  | ) |  |
| Plaintiff, | ) | <u>GOVERNMENT'S DISCLOSURE STATEMENT</u> |
|  | ) | <u>PURSUANT TO FED. R. CRIM. P. 12.4</u> |
| v. | ) |  |
|  | ) |  |
| MARIO AZAR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

        Plaintiff, United States of America, by and through its

counsel of record, Assistant United States Attorney Wesley L. Hsu,

hereby files this disclosure statement pursuant to Federal Rule of

Criminal Procedure 12.4.

        Rule 12.4 requires the government to inform the Court of any

organization that is a victim of the alleged criminal activity in

this case, as well as any parent corporation or any publicly held

corporation that owns 10% or more of its stock.  Pursuant to the

///

///

rule, the government informs the Court of the following victim

organizations:    Pacific Energy Resources, LTD.


DATED: Mar. *17*, 2009        THOMAS P. O'BRIEN
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                              WESLEY L. HSU
                              Assistant United States Attorney
                              Chief, Cyber and
                              Intellectual Property Crimes Section

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

2