1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   AMBER D. GARZA (Cal. State Bar No. 218123)
4  Assistant United States Attorney
        1200 United States Courthouse     NOTE: CHANGES MADE BY
5       312 North Spring Street           THE COURT
        Los Angeles, California 90012
6       Telephone:  (213) 894-4491
        Facsimile:  (213) 894-0141        cc: PSA - LA
7       e-mail:     amber.garza@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )  2:09-cr-00240-FMC-1
                                 )
13            Plaintiff,         )  ORDER CONTINUING TRIAL DATE AND
                                 )  FINDINGS REGARDING EXCLUDABLE
14            v.                 )  TIME PERIODS PURSUANT TO SPEEDY
                                 )  TRIAL ACT
15  MARIO AZAR,                  )
                                 )  CURRENT TRIAL DATE: 06-09-09
16            Defendant.         )  NEW TRIAL DATE: 09-29-09
                                 )
17                               )  CURRENT STATUS CONFERENCE: 06-01-09
                                 )  NEW STATUS CONFERENCE: 09-14-09
18                               )
                                 )
19                               )
                                 )
20  ─────────────────────────────

21      The Court has read and considered the Stipulation Regarding

22  Request for (1) Continuance of Trial Date and (2) Findings of

23  Excludable Time Periods Pursuant to Speedy Trial Act [13], filed

24  by the parties in this matter on May 29, 2009.  The Court hereby

25  finds that the Stipulation, which this Court incorporates by

26  reference into this Order, demonstrates facts that support a

27  continuance of the trial date in this matter, and provides good

28

cause for a finding of excludable time pursuant to the Speedy

Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from June 9, 2009 to September 29, 2009.

2.    The time period of June 9, 2009 to September 29, 2009, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Defendant shall appear in Courtroom R-750 of the Federal Courthouse, 255 E. Temple Street, Los Angeles, California on **September 29, 2009 at 9:00 a.m.** and on **September 14, 2009 at 2:00 p.m., for the status conference.**

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion

1  //

2  of additional time periods from the period within which trial

3  must commence.

4

5       IT IS SO ORDERED.

6

7  June 4, 2009

8  DATE                    THE HONORABLE JUDGE FLORENCE-MARIE COOPER
                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13  Presented by:

14

       /s/ Amber D. Garza
15  AMBER D. GARZA
    Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

3