MICHAEL K. CERNYAR
ATTORNEY-AT-LAW
400 OCEANGATE, 8TH FLOOR
LONG BEACH, CALIFORNIA 90802
TELEPHONE: (562) 216-2940
FACSIMILE: (562) 216-2941

**Michael K. Cernyar, Esq. (State Bar No. 225240)**

**Attorney for Defendant, MARIO AZAR**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIO AZAR,<br><br>             Defendant. | Case No. CR 09-00240-DMG<br><br>SUPPLEMENTAL MEMORANDUM FOR PROBATION HEARING OF DEFENDANT MARIO AZAR<br><br>Date:  June 14, 2011<br>Time:  11:00 a.m.<br>Court: 7<br><br>Hon. Dolly M. Gee |

   Defendant, Mario Azar (Mr. Azar), by and through his counsel of record, Michael K. Cernyar, admits to all probation violations and respectfully requests that the Court extends the term of supervise release and/or modify the condition of supervised release by adding new conditions of supervision to address any violations.

///

///

///

---

**PROBATION HEARING MEMORANDUM**

**I.**

**MR. AZAR'S INABILITY TO FOLLOW INSTRUCTIONS MAY BE**

**BASED UPON THAT ENGLISH IS HIS SECONDARY LANGUAGE**

As previously explained, Mr. Azar comprehension of the English language is not perfect. Although, the Court pointed out that Mr. Azar earned an A in English 135 during the summer of 2003, it should be noted that this grade was accomplished with the assistance of a tutor, Mr. Azar's wife who is an English teacher. Moreover, prior to Mr. Azar's wife tutoring Mr. Azar in English, his previous grade in English 108 during the fall of 2002, was a D.

**II.**

**MR. AZAR'S FAILURE TO COMPLETE COMMUNITY SERVICE**

Mr. Azar was on house arrest until November 9, 2010, therefore limiting his ability to participate in community service. However, it appears that before November 9, 2010, Mr. Azar registered and paid a fee of $90 to participate in a program with Pacific Lifeline. (See Exhibit "A.") After payment of $90, Mr. Azar waited for several weeks, but did not hear back from Pacific Lifeline, despite several phone calls to them. So, Mr. Azar approached Probation who suggested that he return to Rancho Community Service Center and have his community service changed. By this time it was the holiday season, so registering took

**MICHAEL K. CERNYAR**
ATTORNEY-AT-LAW
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

longer because of the days off at the service center and at the new community service provider, For the Blind & Dyslexic.

For the Blind & Dyslexic does not offer more than a couple of hours per day since they have over 200 volunteers and not enough hours for all of the volunteers making it difficult to earn 32 hours per month. In addition, Mr. Azar fell ill in the early part of the year which also hindered the amount of time with community service.

Accordingly, Mr. Azar is respectfully requesting that this Court modify his conditions of supervision for enrollment in additional community service programs so that he may earn 32 hours per month, as requested by Probation, or extend his supervised release so that he may fulfill his 200 hours of community service.

### III.

### MR. AZAR'S INABILITY TO PAY RESTITUTION, FALSE INFORMATION AND FAILURE TO COMPLETE PFS CORRECTLY

**A. Mr. Azar's Struggled To Fill Out The PFS Correctly**

It appears Mr. Azar struggled with the Personal Financial Statement ("PFS"). Mr. Azar believes that his first attempt was incomplete because it only contained one month of information, not the three months that were required. Mr. Azar struggled through several more attempts with the PFS. On or about February

3

**SUPPLEMENTAL PROBATION HEARING MEMORANDUM**

23, 2011, Mr. Azar was able to complete the PFS, but not without assistance.

**B. False Information Concerning Integrity Computer Repair**

Prior to conviction, Mr. Azar invested $1500 in a company, Integrity Computer Repair, which appears to have been solely owned by Shawn Svoboda based upon the contract of sale dated April 18, 2011 ("Sale Contract"). (See Exhibit "B.") It appears that when the money was invested by Mr. Azar he was under the impression that he was to be a co-owner, but also founder and president, as per the Violation Report, p. 3, dated May 2, 2011. However, the Sale Contract states that Shawn Svoboda was the sole member and manager of Theodicy Films, LLC, "and the sole owner of Integrity Computer Repair, a DBA, filed in the County of San Bernardino..." California Department of Corporations lists Shawn Svoboda as the Agent for Service of Process for Theodicy Films, LLC.

It appears Mr. Azar was duped or didn't completely understand his involvement in Integrity Computer Repair or both. However, the bottom line is Mr. Azar was expected to provide technical expertise to a computer repair business that undercharged clients by charging a fee of $40 to $59 for a computer repair that was likely to take several days to resolve. With such cut-rate fees, it is understandable why Integrity Computer Repair refused or failed to pay Mr. Azar for his

4

MICHAEL K. CERNYAR
ATTORNEY-AT-LAW
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

services -- they were struggling financially. It was Mr. Azar's understanding that he would eventually be paid for his services, but it appears that never happened.

Eventually, it appears Shawn Svoboda sold the business to several others, including Mr. Azar, on April 18, 2011.

**C. Failure To Submit Business Financial Questionnaire**

On February 8, 2011, Mr. Azar was instructed to complete a Business Financial Questionnaire for Integrity Computer Repair. Mr. Azar, who did not have possession or control of the business finances, so he asked the sole owner, Shawn Svoboda, for this information. Shawn Svoboda responded that he was not going to provide that information without a subpoena. Shawn Svoboda did provide a letter to Probation on February 23, 2011, that was unsigned and not dated. Furthermore, when Probation tried to contact Shawn Svoboda in response to the letter, Shawn Svoboda refused or failed to respond.

**D. Mr. Azar's Current Ability To Pay**

It was argued at sentencing that the recommended restitution may be beyond Mr. Azar's ability to pay. Now, Mr. Azar is in violation for not being able to pay $625 per month.

Fortunately for Mr. Azar, his ability to pay has improved somewhat since April of this year, despite Mrs. Azar's current

5

**SUPPLEMENTAL PROBATION HEARING MEMORANDUM**

lay-off from teaching.[1] Mr. Azar is now a co-owner of Integrity Computer Repair and has recently started teaching part-time at ITT / Education Services, Inc. Mrs. Azar remains unemployed.

## III.

## CONCLUSION

With the new PFS and a better understanding of Mr. Azar's inability to pay, along with an explanation for the misunderstandings, Mr. Azar respectfully requests that the Court extends the term of supervise release and/or modify the condition of supervised release by adding new conditions of supervision to address the violations.

DATED: June 13, 2011         By: /s/ Michael K. Cernyar
                                 MICHAEL K. CERNYAR
                                 Attorney for Defendant
                                 MARIO AZAR

---

[1] Mrs. Azar earned the majority of the income in 2010 with teaching wages of $33,376, while Mr. Azar was unemployed in 2010. There is a significant change in income for 2011.

**SUPPLEMENTAL PROBATION HEARING MEMORANDUM**

# Exhibit A

# Alternative Sentencing Program
## A Program of Inland Empire United Way

Interview date: Fri, Oct 29, 2010

First: Mario    Last: Azar

Address: 62 W Arrow Hwy

City: Upland    CA    91786

Age: 2011.16    DOB: ____    Gender: ____    Ethnicity: ____

Emergency Contact: Michelle    909/964-9088    Spouse

Home Phone: 909/320-1334
Work Phone: 909/

## SOURCE

Probation Officer: ____

Court: United States District Court - 290 N " D " Street, San Bernardino,

Phone: ____

Hours Due: 200
Due Date: 10/31/11
Pull Date: ____

## CASE INFORMATION

Case #: 02CR0240

Offense: ____    Offense Code: unauthorized use of employers

Health/Skills/Availabilty: Client Reports Bad Lower Back And Bad Left Left Knee

CalTrans Weekend: ☐ YES  ☐ NO

**Transportation**
☐ Own Car
☐ YES Liability Ins.
☐ NO Liability Ins.
☐ Public Transportation
☐ Ride
☐ Walk
☐ Other...

## ASSIGNMENT

Agency #: 2624    Date Begun: ____
Pacific Lifeline

909.931-2624
Carmen Hall

## 2nd ASSIGNMENT

2nd Ag #: ____    Date Begun: ____

Hrs Crd    Hrs Crd

| | |
|---|---|
| Fee Due | 90 |
| Fee Paid | 90 |
| Balance Due | 0 |

| | |
|---|---|
| Reopened Date | |
| Reassignment Date | |

©

# Exhibit B

A Contract for the Sale of Integrity Computer Repair                    Monday, April 18, 2011

To:
Mario Azar, DOB 02-16-81, California Drivers License #D9726050
Danielle Stolley, DOB 12-09-74, California Drivers License #A8072085
Michael Harrington, DOB 05-30-80, California Drivers License #D2790190

From:
Shawn Svoboda
CEO, Theodicy Films LLC
DBA Integrity Computer Repair
300 N. Euclid Ave, Suite A2, Upland, CA 91786

I, Shawn Svoboda, as the sole member and manager of Theodicy Films LLC, a California Limited Liability Company, and the sole owner of Integrity Computer Repair, a DBA filed in the County of San Bernardino, do agree to the sale of Integrity Computer Repair to Mario Azar, Danielle Stolley, and Michael Harrington, to include the benefits and restrictions as described below:

The purchasers shall be entitled to the following benefits:
- All equipment, inventory, maintenance contracts, forms, proprietary information, and accumulated goodwill belonging to Integrity Computer Repair
- All monies remaining after the successful sales transition of ownership
- Free of charge business consulting as needed from Shawn Svoboda

The purchasers must agree to the following restrictions:
- An $8,000 note must be signed and agreed to by each purchaser to Lynn Svoboda as payment for Integrity Computer Repair
- Shawn Svoboda will guide and administer monies until a bank account can be established by the purchasers in the name of "Integrity Computer Repair LLC." At which time, any monies remaining in the Theodicy Films LLC bank account, minus $220, and any transition expenses, will revert via check to the purchasers

All parties agree to the terms set forth above and acknowledge and understand that this is a legally binding agreement by signing below:

SHAWN SVOBODA              [signature]              04-18-11
Print Sellers Name          Sign Sellers Name        Date

Danielle Stolley           [signature]              04-18-11
Print Buyers Name          Sign Buyers Name         Date

Mario Azar                 [signature]              4-18-11
Print Buyers Name          Sign Buyers Name         Date

MICHAEL HARRINGTON         [signature]              4-18-11
Print Buyers Name          Sign Buyers Name         Date