# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | CR 09-240-DMG |
| ) | | |
| **Plaintiff,** ) | | |
| V. ) | | JUDGMENT AND COMMITMENT |
| ) | | ORDER UPON Revocation of |
| ) | | Supervised Release (JS-3) |
| ) | | |
| **MARIO AZAR,** ) | | |
| **Defendant,** ) | | |
| ) | | |
| ) | | |

On the 7th day of April, 2014, Defendant, MARIO AZAR, appeared with his counsel, James Bisnow, for a hearing based on the Probation Officer's petition re revocation of supervised release. Meghan Blanco, Assistant United States Attorney, appeared on behalf of the Government.

Defendant was advised of his constitutional rights and Defendant's constitutional waivers were taken. The Court questioned Defendant. Defendant admitted that he violated the conditions of supervision, as to Allegation Nos. 2 and 4, and denied Allegation Nos. 1, 3, and 5, as charged in the petition. The matter was continued to April 16, 2014 for sentencing.

On the 16th day of April, 2014, Defendant appeared with his counsel, James Bisnow, for sentencing. Ami Sheth, Assistant United States Attorney, appeared on behalf of the Government.

THE COURT FINDS Defendant in violation of the terms of his supervised release order as charged in Allegation Nos. 2 and 4 of the petition.

IT IS ORDERED that the term of supervised release is revoked. Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a total term of **one (1) day**, as to Allegation Nos. 2 and 4.

Upon release from confinement, the Defendant shall be placed on supervised release for a term of **two (2) years**, on the same terms and conditions previously imposed, with the following modification to the conditions:

1. The Defendant shall register for and participate in a cognitive-based life skills program within 30-45 days, as approved by the Probation Officer;

2. The Defendant and the Probation Officer shall provide the court with a status report regarding defendant's participation in the life skills program within 30 days after enrollment in such program and after completion of the program; and

3. During the remaining period of supervised release, when not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the Defendant shall perform 200 hours of community service as directed by the Probation Officer.

It is further ordered that the Defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on April 23, 2014. In the absence of such designation, the Defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California 90012.

The Government's request to dismiss Allegation Nos. 1, 3, and 4 without prejudice is hereby GRANTED.

Defendant is advised of his appeal rights.

It is ordered that the clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal or other qualified officer.

Dated: April 16, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

FILED: April 16, 2014
TERRY NAFISI, CLERK

By: /s/_____
Kane Tien, Deputy Clerk