1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

MARIO AZAR,

      Defendant.

No. CR 09-240-DMG

ORDER AMENDING JUDGMENT AND
COMMITMENT ORDER AS TO
RESTITUTION [62]

    The Court has read and considered the Stipulation Regarding
Amendment to Probation Condition Regarding Restitution, filed by the
parties in this matter on April 24, 2014, the Proposed Compromise of
Restitution filed by Defendant on April 10, 2014, and such evidence
and argument as presented during the hearing on April 16, 2014.  The
Court hereby finds that the Stipulation, Defendant's filing for a
proposed compromise, and the evidence and argument presented at the
April 16, 2014, hearing, all of which this Court incorporates by
reference into this Order, demonstrate facts that support a
modification of Defendant's probation condition as to restitution.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court modifies Condition 5 of Defendant's terms and conditions of probation such that Defendant's restitution obligation is reduced to the amount that Defendant has already paid as of April 16, 2014, plus an additional lump sum payment of $8,000 to be paid in full no later than May 15, 2014.


IT IS SO ORDERED.


April 24, 2014
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE


cc: **FISCAL DEPT.**
    **USPO**